**UNITED STATES OF AMERICA,
Plaintiff—Appellee,**

v.

**Israel LUZANIA, Defendant—
Appellant.**

**No. 01–10568.**

**D.C. No. CR–01–00531–JMR.**

United States Court of Appeals,
Ninth Circuit.

---

[*] This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

Submitted July 22, 2002.*

Decided July 29, 2002.

**Albert DOTSON, Petitioner–Appellant,**

**v.**

**G.A. MUELLER, et al., Respondents–Appellees.**

**No. 01–15403.**

**D.C. No. CV–00–00650–DFL.**

United States Court of Appeals, Ninth Circuit.

Submitted July 22, 2002 *.

Decided July 29, 2002.

Before BROWNING, KOZINSKI, and BERZON, Circuit Judges.

MEMORANDUM **

Israel Luzania appeals the 15–month sentence imposed following his guilty plea conviction for transportation of illegal aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and (a)(1)(B)(i).

As part of his written plea agreement, Luzania waived his right to appeal his sentence. Because he received a sentence consistent with the plea agreement, and there is no evidence that the waiver of the right to appeal was not knowing or was not voluntary, we enforce the waiver and dismiss the appeal. *United States v. Aguilar–Muniz*, 156 F.3d 974, 976 (9th Cir. 1998).

DISMISSED.

Before BROWNING, KOZINSKI and BERZON, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

